UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21275-CIV-SEITZ/WHITE

EUGENE MILLS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation [DE 3] ("Report") of the Honorable Patrick A. White, United States Magistrate Judge, to which no party filed objections. Movant has filed two previous motions attacking his sentence, one of which was denied on March 9, 2005 and the other denied on April 27, 2005. *See Mills v. United States*, No. 05-20256-CIV-SEITZ (S.D. Fla. March 9, 2005); *Mills v. United States*, No. 05-20879-CIV-SEITZ (S.D. Fla. April 27, 2005). Judge White recommends that the Court dismiss the petition because it is a successive petition for which Movant has not received authorization to file from the Eleventh Circuit pursuant to 28 U.S.C. §2244(b)(3). (*See* Report at 3.) The Court has carefully reviewed, *de novo*, Judge White's Report and Recommendation and the record, and fully agrees with Judge White's analysis of Movant's claims. Thus, based on the legal analysis set forth in the Report and Recommendation, it is hereby

    ORDERED that:

    1. Judge White's Report and Recommendation [DE 3] is AFFIRMED and ADOPTED.

    2. Movant's Petition [DE 1] is DISMISSED.

    3. All pending motions are DENIED AS MOOT.

    4. This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 30th day of July, 2009.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        Counsel of Record/*Pro Se* Parties